# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135883

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GERALD O'CONNOR GRATTON,
      Defendant-Appellant.

SC: 135883
COA: 273921
Wayne CC: 06-004392-01

_____/

      On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

d1020

_____
Clerk